1  Michael G. Marderosian, No. 077296
   Michael E. Lehman, No. 133523
2  Heather S. Cohen, No. 263093
   MARDEROSIAN, RUNYON, CERCONE & LEHMAN
3  1260 Fulton Mall
   Fresno, CA 93721
4  Telephone:  (559) 441-7991
   Facsimile: (559) 441-8170
5
   Virginia Gennaro, No. 138877
6  City Attorney
   CITY OF BAKERSFIELD
7  1501 Truxtun Avenue
   Bakersfield, CA  93301
8  Telephone:  (661) 326-3721
   Facsimile:  (661) 852-2020
9
   Attorneys for:  Defendants CITY OF BAKERSFIELD, JUSTIN LEWIS and D. BARTHELMES
10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| JOSUE VILCHIS, | Case No. 1:10-CV-00893 OWW JLT |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES AND ORDER THEREON** |
| v. | |
| CITY OF BAKERSFIELD; JUSTIN LEWIS, D. BARTHELMES, and DOES 1 to 100, Inclusive, | |
| Defendants. | |

20      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

21  counsel, that the deadline for the disclosure of expert witnesses scheduled for August 12, 2011, be

22  continued to September 12, 2011.  The deadline to supplement expert witnesses scheduled for

23  September 14, 2011, will be continued to October 14, 2011.  The deadline to complete expert

24  discovery will be continued from October 14, 2011, to November 14, 2011.  These continuations are

25  /

26  //

27  ///

28  ////

necessary to allow the parties' experts to review important deposition transcripts that have not yet been received from the court reporters.

Dated: August 9, 2001.					MARDEROSIAN, RUNYON,
								CERCONE & LEHMAN


								By:  /s/ Michael E. Lehman
								     Michael E. Lehman,
								     Attorney for Defendants above-named.

Dated: August 9, 2011.					RODRIGUEZ & ASSOCIATES


								By: /s/ Miguel Flores
								    MIGUEL FLORES
								    Attorneys for Plaintiff above named


### ORDER

IT IS HEREBY ORDERED that the deadline for the disclosure of expert witnesses scheduled for August 12, 2011, be continued to September 12, 2011. The deadline to supplement expert witnesses scheduled for September 14, 2011, will be continued to October 14, 2011. The deadline to complete expert discovery will be continued from October 14, 2011, to November 14, 2011.


IT IS SO ORDERED.

**Dated:   August 17, 2011**				        /s/ Oliver W. Wanger
								UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721