Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, JUSTIN LEWIS and D. BARTHELMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE VILCHIS,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF BAKERSFIELD; JUSTIN LEWIS, D. BARTHELMES, and DOES 1 to 100, Inclusive,<br><br>              Defendants. | Case No. 1:10-CV-00893 — JLT<br><br>**STIPULATION TO CONTINUE DEADLINE FOR SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES AND CONTINUE DEADLINE FOR COMPLETION OF EXPERT DISCOVERY; [PROPOSED] ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the deadline for the supplemental disclosure of expert witnesses scheduled for October 14, 2011, be continued to November 14, 2011, and that the deadline to complete expert discovery also be continued from November 14, 2011, to December 14, 2011.  The continuance is necessary in that the records for plaintiff which were subpoenaed from the Veteran's Administration have yet to be received by the parties. An authorization has been submitted to the Veteran's Administration but there is not yet a date certain as to when the records will be received.  These records are a necessary part of plaintiff's medical records that need to be reviewed for possible supplementation of experts.

///

| | | |
|---|---|---|
| 1 | Dated: October 18, 2011. | MARDEROSIAN, RUNYON, CERCONE & LEHMAN |

By:  /s/ Michael E. Lehman
     Michael E. Lehman,
     Attorney for Defendants
     above-named.

Dated: October 18, 2011.                    RODRIGUEZ & ASSOCIATES


By:  /s/ Miguel Flores
     MIGUEL FLORES
     Attorneys for Plaintiff above-named.

### **ORDER**

IT IS HEREBY ORDERED that the deadline for the supplemental disclosure of expert witnesses scheduled for October 14, 2011, be continued to November 14, 2011, and that the deadline to complete expert discovery also be continued from November 14, 2011, to December 14, 2011.

IT IS SO ORDERED.

Dated:  **October 18, 2011**                    /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE