IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE VILCHIS,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF BAKERSFIELD; JUSTIN LEWIS; D. BARTHELMES, and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No.: 1:10-cv-00893 -- JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 21) |

On October 18, 2011, the Court issued an Order to Show Cause as to why the matter should not be dismissed for Plaintiff's failure to follow the Court's order, or in the alternative for Plaintiff to complete and file the consent form. (Doc. 21). Plaintiff completed and filed the form on October 21, 2011, indicating he declined the jurisdiction of the Magistrate Judge. (Doc. 22).

Accordingly, IT IS HEREBY ORDERED:

The Order to Show Cause dated October 18, 2011, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **October 24, 2011**                             /s/ Jennifer L. Thurston
                                                                           UNITED STATES MAGISTRATE JUDGE