Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, JUSTIN LEWIS and DEAN BARTHELMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE VILCHIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BAKERSFIELD; JUSTIN LEWIS, D. BARTHELMES, and DOES 1 to 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 1:10-CV-00893-LJO-JLT<br><br>**STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE; ORDER THEREON**<br><br>*Trial Date: March 27, 2012* |

IT IS HEREBY STIPULATED by and between the parties hereto, that the pretrial conference, currently scheduled for February 23, 2012, at 8:30 a.m. be rescheduled to 10:30 a.m., or as soon thereafter as the matter may be heard by the Court.

The parties request that the time of the pretrial conference be rescheduled due to the following conflicts on defense counsel, Michael E. Lehman's, calendar:

///

///

1.      Defense counsel is scheduled to appear for a pretrial conference on February 23, 2012, at 8:30 a.m. in Courtroom No. 2 of this Court in the case of *Nicholson, et al. v. City of Bakersfield, et al.*, Case No. 1:08-CV-01168 AWI-SKO;

2.      Defense counsel is scheduled to telephonically appear for a case management conference and order to show cause hearing on February 23, 2012, at 8:30 a.m. in Department No. 14 of the Kern County Superior Court in the case of *Wilhite v. Bakersfield Police Department, et al.*, Case No. S-1500-CL-260344-LSE; and

3.      Defense counsel is scheduled to telephonically appear for a case management conference on February 23, 2012, at 8:30 a.m. in Department No. 15 of the Kern County Superior Court in the case of *Slaughter v. City of Bakersfield*, Case No. S-1500-CV-271472-WPD.

4.      Defense co-counsel Michael G. Marderosian is currently involved in attending court ordered depositions in the case of *Abarca, et al. v. Merck & Co. Inc., et al.*, Case No. 1:08-CV-388-DOC. Mr. Marderosian is the court ordered designated counsel for the depositions and as such is unavailable on February 23, 2012, for the pretrial conference in this matter.

Dated: February 2, 2012                              MARDEROSIAN, RUNYON,
                                                                     CERCONE & LEHMAN


                                                             By:     /s/ Michael E. Lehman
                                                                     Michael E. Lehman
                                                                     Attorney for Defendant above-named.

Dated: February 2, 2012                              RODRIGUEZ & ASSOCIATES


                                                             By:     /s/ Joel T. Andressen
                                                                     Joel T. Andreesen,
                                                                     Attorney for plaintiff above-named

# **ORDER**

The pretrial conference scheduled for February 23, 2012, at 8:30 a.m. is rescheduled to February 24, 2012, at 8 a.m. in Courtroom No. 4 of the above-entitled court. Counsel are encouraged to appear at the pretrial conference by a joint conference call and adding the Court at (559) 499-5680 after all counsel have joined the conference call. This Court finds good cause for the requested continuance.

IT IS SO ORDERED.

Dated:   **February 2, 2012**                    /s/ Lawrence J. O'Neill
                                                                  ED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721