IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE VILCHIS, | ) Case No.: 1:10-cv-00893 JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 54) |
| CITY OF BAKERSFIELD; JUSTIN LEWIS; D. BARTHELMES, and DOES 1 to 100, inclusive, | ) |
| Defendants. | ) |

On March 5, 2012, the parties notified the Court that the matter had been settled. (Doc. 54).. They request 30 days to finalize the settlement and to file the request for dismissal. Id. at 2. Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than April 6, 2012, the parties SHALL file a stipulated request for dismissal;

2. All pending dates, including the trial date, are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rules 110, 160.

IT IS SO ORDERED.

Dated:  **March 5, 2012**                        /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE