Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for:  Defendants JUSTIN LEWIS and DEAN BARTHELMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE VILCHIS, | Case No. 1:10-CV-00893 – JLT |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| v. | |
| JUSTIN LEWIS, D. BARTHELMES, and DOES 1 to 100, Inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED  by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice.

Dated:  March 20, 2012                    RODRIGUEZ & ASSOCIATES


                                          By:   /s/ Joel T. Andreesen
                                                 Joel T. Andreesen,
                                                 Attorneys for Plaintiff

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

1 | Dated:  March 20, 2012

MARDEROSIAN, RUNYON,
CERCONE & LEHMAN

By:  /s/ Michael E. Lehman
     Michael E. Lehman,
     Attorney for Defendants above-named.

**ORDER**

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:  **March 20, 2012**                 **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE