1  Michael G. Marderosian, No. 077296
   Michael E. Lehman, No. 133523
2  Heather S. Cohen, No. 263093
   MARDEROSIAN, RUNYON, CERCONE & LEHMAN
3  1260 Fulton Mall
   Fresno, CA 93721
4  Telephone: (559) 441-7991
   Facsimile: (559) 441-8170
5
   Virginia Gennaro, No. 138877
6  City Attorney
   CITY OF BAKERSFIELD
7  1501 Truxtun Avenue
   Bakersfield, CA  93301
8  Telephone: (661) 326-3721
   Facsimile: (661) 852-2020
9
   Attorneys for: Defendants JUSTIN LEWIS and DEAN BARTHELMES
10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13
   JOSUE VILCHIS,                    )   Case No. 1:10-CV-00893 – JLT
14                                   )
                Plaintiff,           )   **STIPULATION OF DISMISSAL**
15                                   )   **AND ORDER**
                v.                   )
16                                   )
   JUSTIN LEWIS, D. BARTHELMES, and  )
17 DOES 1 to 100, Inclusive,         )
                                     )
18              Defendants.          )
                                     )
19                                   )
                                     )
20 _____    )

21      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through

22 their respective counsel, that the above-referenced matter be dismissed in its entirety with

23 prejudice.

24 Dated: March 20, 2012                    RODRIGUEZ & ASSOCIATES

25

26                                          By:   /s/ Joel T. Andreesen
                                                  Joel T. Andreesen,
27                                                Attorneys for Plaintiff

28

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

1  Dated: March 20, 2012                    MARDEROSIAN, RUNYON,
2                                            CERCONE & LEHMAN
3
4                                     By:   /s/ Michael E. Lehman
                                            Michael E. Lehman,
5                                           Attorney for Defendants above-named.

6
7                                    **ORDER**

8      The Stipulation of the parties having been read and considered by the Court, and good cause
9  appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with
10 prejudice.

12 IT IS SO ORDERED.

13 Dated:  **March 20, 2012**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE